**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHIP-TECH, LTD.,                                          No. C 07-00030 WHA

       Plaintiff,

  v.                                                                **REQUEST FOR RESPONSE**

SAMSUNG ELECTRONICS CO., LTD. et al.,

       Defendant.

                                   /

      The Court has received the motion to relate other cases to the above-entitled action.  The Court is concerned that the same law firm has apparently been filing similar class actions in rapid succession in various districts and then dismissing the lawsuits without prejudice.  By **9:00 A.M.** on **WEDNESDAY, MARCH 28, 2007**, please advise the Court whether there are any other filings that fit this pattern and the reason for the pattern.

      **IT IS SO ORDERED.**

Dated:  March 26, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE