United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHIP-TECH, LTD.,

    Plaintiff,

  v.

SAMSUNG ELECTRONICS CO., LTD. et al.,

    Defendant.
                                 /

No. C 07-00030 WHA

**ORDER DENYING MOTION TO RELATE CASES**

      Now pending is a motion to relate the above-entitled action to several other actions pending in this district. Civil Local Rule 3-12(a) explains that actions are related when: (1) the "actions concern substantially the same parties, property, transaction or event," and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

      While Case No. C 07-0030 WHA *was* pending before the undersigned, it was immediately dismissed. No work was done on that case and the undersigned never knew it was on the docket. It is true that a case can be related to another that "is or was pending in this District." Civ. Local R. 3-12(b). But in this instance, no work was done on the lowest-numbered case and because of that it is not related. Relating these cases to the undersigned would in no way avoid a duplication of labor and expense or lead to conflicting results.

True, the Court is concerned that counsel in the above-entitled action filed this suit and quickly dismissed it and then, with a different plaintiff, filed an essentially identical lawsuit in the Southern District of New York and then quickly dismissed that suit. The suggestion is made that counsel is engaged in judge-shopping. *See Hernandez v. City of El Monte*, 138 F.3d 393, 398–400 (9th Cir. 1998). Even so, this would not be a basis on which to relate these cases. The Court will address the problem of potential judge-shopping separately. The motion to relate cases to the above-entitled action is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 28, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2